IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA MORRISON**, et al., <br><br> Plaintiffs, <br><br> *v.* <br><br> **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 21-4731-KSM |

**ORDER**

**AND NOW**, this 19th day of October, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 12), Plaintiffs' Memorandum of Law in Support of their Motion in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 13), and Defendant's Reply Brief in Further Support of Its Motion for Summary Judgment (Doc. No. 15), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

2. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.